IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CHARLEY HUGHES,**

                **Petitioner,**

     **v.**                                 **CASE NO. 17-3204-SAC**

**WARDEN DAN SCHNURR,**

                **Respondent.**

**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2254. On December 27, 2017, the Court dismissed this matter without prejudice to allow petitioner to seek relief through state law remedies. On December 28, 2017, petitioner filed a petition for writ of error (Doc. #8). Petitioner specifically seeks a writ of coram nobis to vacate his conviction.

It is settled in the Tenth Circuit that a federal court has no power to consider a state-court judgment under the writ of coram nobis. *Rawlins v. Kansas*, 714 F.3d 1189 (10th Cir. 2013). Accordingly, the Court lacks jurisdiction to grant the relief sought by petitioner.

IT IS, THEREFORE, BY THE COURT ORDERED the petition for writ of error (Doc. #8) is denied.

**IT IS SO ORDERED.**

DATED:  This 3d day of January, 2018, at Topeka, Kansas.

                                      S/ Sam A. Crow
                                      SAM A. CROW
                                      U.S. Senior District Judge